IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10095
Summary Calendar

_____

SUZETTE ELWONGER,

                              Plaintiff-Appellant,

versus

BRUCE CROWELL; JOSÉ GOMEZ;
MIKE SCOTT; DEBRA GOMEZ,

                              Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:95-CV-783-J
- - - - - - - - - -
August 7, 1996
Before KING, SMITH, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     Suzette Elwonger appeals the district court's order granting
the motion for summary judgment in favor of defendants, Bruce
Crowell and Mike Scott. Elwonger argues that the district court
erred in holding that Crowell was entitled to qualified immunity
for his actions in obtaining and executing an arrest warrant
against her. We have reviewed the record and the district
court's opinion and find no reversible error. Accordingly, we
affirm for essentially the reasons given by the district court.

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

Elwonger v. Crowell, No. 3:95-CV-783-J (N.D. Tex. Dec. 23, 1995).

AFFIRMED.